```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   DANIEL ESCOLAR ROMERO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-416 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE. |
| | ) |
| DANIEL ESCOLAR ROMERO, | ) |
| | ) Date: October 27, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's October 27, 2011, calendar, that it be continued until December 8, 2011, at 9:00 a.m. for status conference.

As of this request, counsel has received and reviewed initial discovery. That review as caused certain investigation to be initiated which is not yet complete. Discussions between counsel concerning possible resolution without trial have occurred, but are too preliminary at this point for prospects of settlement to be assessed.

///

///

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time for trial should be excluded between October 27, 2011 and December 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

        **IT IS SO STIPULATED.**

Dated: October 21, 2011      /s/ *Paul Hemesath*
                             ROBERT TICE-RASKIN
                             Assistant United States Attorney
                             Counsel for Plaintiff


Dated: October 21, 2011      /s/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             DANIEL ESCOLAR ROMERO


                          **O R D E R**

        **IT IS SO ORDERED.**

 Dated: October 27, 2011

                             _____
                             MORRISON C. ENGLAND, JR.
                             UNITED STATES DISTRICT JUDGE