```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   DANIEL ESCOLAR ROMERO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00416 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING CASE. |
| v. | ) |
| DANIEL ESCOLAR ROMERO, | ) Date: December 8, 2011 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's December 8, 2011, calendar, that it be continued until February 2, 2012, at 9:00 a.m. for status conference.

As of this request, counsel has received and reviewed initial discovery. That review as caused certain investigation to be initiated which is not yet complete. Discussions between counsel concerning possible resolution without trial have occurred, but are too preliminary at this point for prospects of settlement to be assessed.

///

///

1 | **IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time for trial should be excluded between December 8, 2011 and February 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: December 2, 2011          /s/ *Paul Hemesath*
                                 PAUL HEMESATH
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Dated: December 2, 2011          /s/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 DANIEL ESCOLAR ROMERO

**O R D E R**

The above stipulation is hereby accepted. The court finds that for the reasons stated, the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                  2