DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ESCOLAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00416 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE. |
| DANIEL ESCOLAR ROMERO, | Date: April 5, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's April 5, 2012, calendar, that it be continued until June 7, 2012, at 9:00 a.m. for status conference.

Investigation ordered in response to review of discovery is on-going Further discussions between counsel concerning possible resolution without trial remain, have produced an oral offer requiring consultation with Mr. Romero. Government counsel has advised that internal procedures must occur before a written agreement can be provided. The date selected also reflects intervening periods of unavailability of one counsel or the other.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time for trial should be excluded between April 5, 2012 and June 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 3, 2012  /s/ *Paul Hemesath*
PAUL HEMESATH
Assistant United States Attorney
Counsel for Plaintiff

Dated: April 3, 2012  /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
DANIEL ESCOLAR ROMERO

**O R D E R**

The above stipulation is hereby accepted. The court finds that for the reasons stated, the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: April 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case

2