1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DANIEL ESCOLAR ROMERO

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  No. 2:11-cr-00416 MCE
                                      )
12                Plaintiff,          )
                                      )  STIPULATION AND ORDER CONTINUING
13      v.                            )  STATUS CONFERENCE
                                      )
14 DANIEL ESCOLAR ROMERO,             )
                                      )  Date:  June 7, 2012
15                Defendant.          )  Time:  9:00 a.m.
                                      )  Judge: Hon. Morrison C. England, Jr.
16 _____    )

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal

19 Defender Jeffrey L. Staniels, counsel for Defendant that the above case

20 be vacated from this court's June 7, 2012, calendar, that it be continued

21 until July 19, 2012, at 9:00 a.m. for status conference.

22      Discussions between counsel concerning possible resolution without

23 trial have produced an oral understanding which requires counsel to

24 present a written offer and to consult with Mr. Romero. Further time to

25 complete that process is needed.

26 ///

27 ///

28 ///

1     **IT IS FURTHER STIPULATED** that the interests of justice to be served

2 by granting this continuance outweigh the interests of the public and of

3 the defendant in a speedy trial.  Therefore the parties agree that time

4 for trial should be excluded between June 7, 2012 and July 19, 2012,

5 pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

6     **IT IS SO STIPULATED**.

7

8 Dated: June 5, 2012            /s/ *Paul Hemesath*
                               PAUL HEMESATH

9                                Assistant United States Attorney
                               Counsel for Plaintiff

10

11 Dated: June 5, 2012            /s/ Jeffrey L. Staniels

12                                Jeffrey L. Staniels
                               Assistant Federal Defender

13                                Counsel for Defendant
                               DANIEL ESCOLAR ROMERO

14

15

16                             **O R D E R**

17     The above stipulation is hereby accepted.  The court finds that for

18 the reasons stated, the interests of justice served by granting this

19 continuance outweigh the interests of the public and the defendant in a

20 speedy trial.  The status conference in this matter is accordingly

21 continued from June 7, 2012 to July 19, 2012 at 2:00 p.m. subject to the

22 time exclusion as agreed by the parties.

23     **IT IS SO ORDERED**.

24

 Dated: June 8, 2012

25

26

27                              MORRISON C. ENGLAND, JR.
                             UNITED STATES DISTRICT JUDGE

28