BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>DANIEL ESCOLAR ROMERO,<br><br>   Defendant. | 2:11-CR-00416-MCE<br><br>FINAL ORDER OF FORFEITURE |

  WHEREAS, on August 2, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1), based upon the plea agreement entered into between plaintiff and defendant Daniel Escolar Romero forfeiting to the United States the following property:

    a. One Jennings pistol, Model 38, .32 caliber, serial no. 1171000;

    b. One Marlin bolt-action rifle, no serial number; and

    c. One Colt pistol, Model Woodsman, .22 caliber, serial no. 123550-S.

  AND WHEREAS, beginning on August 8, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

| | |
|---|---|
| 1 | AND WHEREAS, the United States sent direct written notice or attempted direct written notice by certified mail to: Joyce Rayecine Spino; |

AND WHEREAS, the United States sent direct written notice or attempted direct written notice by certified mail to: Joyce Rayecine Spino;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Daniel Escolar Romero.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation and/or U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: October 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE